# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| In re:<br><br>Renee Laraine Clay<br>fka Renee Phelps<br>fka Renee Marz,<br><br>Debtor | Case No. 17-14872-MER<br><br>(Chapter 13)<br><br>**Honorable Judge Michael E. Romero** |
|---|---|

## ORDER ACCEPTING TERMS OF STIPULATION

THE COURT, having reviewed the Stipulation to Resolve Motion for Relief from Stay and Motion for Acceptance of Stipulated Terms submitted by the parties, and being fully advised therein, hereby

ORDERS that the Motion is granted, and the terms of the Stipulation are approved and made an Order of this Court.

DATED: 12/19/2017

_____
Bankruptcy Judge

1